1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6809
7     Fax: (415) 436-7234

8  Attorneys for the United States

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,         )   CRIMINAL NO. 08 70169
13         Plaintiff,                )
                                     )
14      v.                           )   NOTICE OF PROCEEDINGS ON **NJV**
                                     )   OUT-OF-DISTRICT CRIMINAL
15 MISTY DAWN LEMUNYON,              )   CHARGES PURSUANT TO RULES
                                     )   5(c)(2) AND (3) OF THE FEDERAL RULES
16                                   )   OF CRIMINAL PROCEDURE
                                     )
17         Defendant.                )
   _____)
18
        Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
19
   Procedure that on March 25, 2008, the above-named defendant was arrested based upon an
20
   arrest warrant (copy attached) issued upon an
21
        ☐ Indictment
22
        ☐ Information
23
        ☐ Criminal Complaint
24
        ☒ Other (describe)  Supervised release violation  pending in the Southern District of
25
   California, Case Number 05-CR-0950 DMS.
26
        In that case, the defendant is charged with violations of Title 18, United States Code,
27
   Sections 3583(e) - supervised release violation.
28

                                             1

1 | Description of Charges: The Petition alleges that there is probable cause to believe the
2 | defendant violated the following supervised release conditions: (1) that she notify the probation
3 | officer ten days prior to any change of residence or employment; and (2) that she participate in a
4 | program of drug or alcohol testing and counseling as directed by her probation officer.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Date: 3/25/08

Wendy Thomas
Special Assistant U.S. Attorney

#992337

AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08202-68
11/15/64

UNITED STATES OF AMERICA
v.

Misty Dawn Lemunyon

**WARRANT FOR ARREST**

CASE NUMBER: 05cr0950-DMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Misty Dawn Lemunyon___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

RECEIVED MAR 13 A 4:15

In violation of Title ___See Above___ United States Code, Section(s) ___

W. Samuel Hamrick, Jr.                  Clerk of the Court
Name of Issuing Officer                  Title of Issuing Officer

s/ L Odierno                             3/13/08  San Diego, CA
Signature of Deputy                      Date and Location

Bail fixed at $ ___No Bail___ by The Honorable Dana M Sabraw
                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ___ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I 'D'     Medina      Due 3/17